FILED
OCT 27 2021
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 1:21cr437-ECM-SMD |
| v. ) | |
| ) | [21 U.S.C. § 841(a)(1); |
| WILLIE FRANK PETERSON, and ) | 21 U.S.C. § 846] |
| KENNETH GLASGOW, ) | |
| ) | INDICTMENT |

### COUNT 1
(Drug Conspiracy)

Beginning from an unknown date, and continuing through the date of this Indictment, the exact dates being unknown to the Grand Jury, within the Middle District of Alabama, and elsewhere, the defendants,

WILLIE FRANK PETERSON and
KENNETH GLASGOW,

and others, knowingly and intentionally conspired, combined and agreed together and with others to distribute and possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
Foreperson

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY

_____
Brandon W. Bates
Assistant United States Attorney